# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY LORENZO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRA RECEIVABLES MANAGEMENT, LLC,<br><br>　　　　　Defendants. | Case No. 8:14-cv-01178-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, February 2, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 2, 2014

　　　　　　　　　　　_____
　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**