Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LORENZO, <br><br> Plaintiff <br><br> v. <br><br> PRA RECEIVABLES MANAGEMENT, LLC. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) **Case No.: 8:14-cv-01178-ODW-VBK** <br> ) <br> ) **Notice of Voluntary Dismissal** <br> ) <br> ) <br> ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>January 26, 2015</u>      BY: <u>*/s/ Amy L. Bennecoff*</u>
             Amy L. Bennecoff (275805)
             Kimmel & Silverman, P.C
             30 East Butler Pike
             Ambler, PA 19002
             Phone: (215) 540-8888
             Facsimile: (215) 540-8817
             Email: abennecoff@creditlaw.com
             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 26th day of January, 2015, with:

    United States District Court CM/ECF system

Notification sent regular mail on this 26th day of January 2015, to:

    Keith S. McGurgan, Esq.
    Portfolio Recovery Associates
    140 Corporate Boulevard
    Norfolk, VA 23502

                                      By: /s/ Amy L. Bennecoff
                                            Amy L. Bennecoff
                                            Kimmel & Silverman, P.C.
                                            Attorney for Plaintiff